JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY RODGERS, JR., <br> Plaintiff, <br> vs. <br> CAROLYN W. COLVIN, Acting Commissioner of Social Security, <br> Defendant. | Case No. CV 13-07687-AG (DTB) <br><br> **J U D G M E N T** |

In accordance with the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings.

Dated: March 31, 2015

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE