James M. Dolenga – California Bar No. 174447
609 Deep Valley Drive
Suite 200
Rolling Hills Estates, CA 90274
(866) 772-5299
Attorney for Plaintiff

ANDRÉ BIROTTE, JR.
United States Attorney
LEON WEIDMAN
Assistant United States Attorney
Chief, Civil Division
Patrick William Snyder
Special Assistant United States Attorney
CA State Bar No.: 260690
 Assistant Regional Counsel
 Social Security Administration, Region IX
 160 Spear Street, Suite 800
 San Francisco, California 94105
Tel: (415)977-8972
Fax: (415) 744-0134
E-mail: Patrick.Snyder@ssa.gov
Attorneys for Defendant
CAROLYN W. COLVIN

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Johnny Rodgers Jr | ) Case No.: 2:13-CV-07687-AG-DTB |
| | ) |
| Plaintiff, | ) {~~PROPOSED~~} ORDER AWARDING |
| | ) EQUAL ACCESS TO JUSTICE ACT |
| | ) ATTORNEY FEES AND EXPENSES |
| | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| vs. | ) |
| | ) |
| | ) |
| | ) |
| Carolyn W. Colvin, | ) |
| | ) |
| Acting Commissioner of Social | |
| Security, | |
| Defendant | |

1   Based upon the parties' Stipulation for the Award and Payment of Equal

2   Access to Justice Act Fees, and Expenses:

3       IT IS ORDERED that fees and expenses in the amount of $3,000.00 as

4   authorized by 28 U.S.C. § 2412, be awarded subject to the terms of the Stipulation.

5
    DATE: June 25, 2015

6   _____

7   THE HONORABLE DAVID T. BRISTOW
    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26